IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 11-cv-01070-RPM

JEFFREY JONES,

    Plaintiff,

v.

BOULDER VALLEY SCHOOL DISTRICT RE 2J,

    Defendant.

---

## ORDER FOR DISMISSAL

---

    Pursuant to the Stipulated Motion to Dismiss with Prejudice [11] filed March 8, 2012, it is

    ORDERED that this action is dismissed with prejudice, each party to pay their own costs and attorneys fees.

    Dated:  March 8th, 2012

                                BY THE COURT:

                                s/Richard P. Matsch

                                _____
                                Richard P. Matsch, Senior District Judge